### William A. Bell vs. William Robinson.

Under the act, in Session Laws, 1841, giving parties in causes leave to move for judgment as in case of non-suit, before the circuit judge of the first circuit, where the parties and attorneys all reside in the city and county of New York; held, that the act does not conclude the moving party, he may make such motion at special term.

*Motion by defendant for judgment as in case of non-suit. This motion was ordered to stand over to the next special term, with liberty to serve additional papers.*—It appears by the papers in this cause, that the parties and attorneys in the cause all reside in the city and county of New York, and the question was raised, whether the defendant was not bound to make his motion before the circuit judge of the 1st circuit in such a case, under the act in Session Laws, 1841.

H. Dresser, *Defts Counsel.*    A. G. Ransom, *Defts Atty.*

Mr. Bell, *Plffs Counsel.*    Bell and Coe, *Plffs Attys.*

Beardsley, Justice.—Held, that although the motion might have been made before the circuit judge, under the act referred to, yet it did not conclude the moving party; he might make it at the special term.